UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**PAUL W. GRIMM**<br>**UNITED STATES DISTRICT JUDGE** | **6500 CHERRYWOOD LANE**<br>**GREENBELT, MARYLAND 20770**<br>**(301) 344-0670**<br>**(301) 344-3910 FAX** |

June 19, 2020

RE*:* R.V. et al v. Mnuchin et al
    PWG 20-cv-1148

<b><u>AMENDED LETTER ORDER</u></b>

Dear Parties:

    Please be advised the Court has rescheduled the telephone status conference call on **July 17, 2020 at 1:00pm.** Parties are directed to dial in on the designated date and time. The dial in information is as follows:

**Dial-In Number: (877) 848-7030**
**Access Code: 9549728**
**Participant Password: 071720**

    Although informal, this is an Order of the Court and shall be docketed as such.

    Sincerely,

    /S/
    Paul W. Grimm
    United States District Judge

ast