IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| R.V., et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Case 8:20-cv-1148 |
| | ) |
| Mnuchin, et al., | ) |
| | ) |
|     Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs M.M., J.R., and R.R. stipulate to the dismissal of their claims against Defendants Secretary of Treasury Steven T. Mnuchin and United States of America.

December 14, 2020

/s/ *Jonathan L. Backer*
Jonathan L. Backer (D. Md. 20000)
Amy L. Marshak*
Robert D. Friedman*
Mary B. McCord*
INSTITUTE FOR CONSTITUTIONAL
 ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
(202) 662-9835
jb2845@georgetown.edu

Leslie Book*
Villanova University
Charles Widger School of Law
299 N. Spring Mill Rd.
Villanova, PA 19085
(610)519-6416

Respectfully submitted,

/s/ *Christopher J. Williamson*
Christopher J. Williamson
Jordan A. Konig
Trial Attorneys, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 227
Washington, DC 20044
Tel: 202-307-2250
Fax: 202–514-6866
christopher.j.williamson@usdoj.gov

*Attorneys for Defendants*

1

book@law.villanova.edu

*Attorneys for Plaintiffs*

*\*Admitted Pro hac vice*

```
APPROVED BY THE COURT
12/15/20
_____/s/_____
Paul W. Grimm
District Judge
```