**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

<table>
<tr><td></td><td>*</td><td></td></tr>
<tr><td>**R.V.**, *et al.*,</td><td>*</td><td></td></tr>
<tr><td>    *Plaintiffs,*</td><td></td><td></td></tr>
<tr><td></td><td>*</td><td></td></tr>
<tr><td></td><td></td><td>**Case No.: 8:20-cv-1148-PWG**</td></tr>
<tr><td>**v.**</td><td>*</td><td></td></tr>
<tr><td>**STEVEN L. MNUCHIN**, *et al.*,</td><td>*</td><td></td></tr>
<tr><td>    *Defendants.*</td><td>*</td><td></td></tr>
</table>

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is by the United States

District Court for the District of Maryland hereby ORDERED that:

1.　　　Plaintiffs have standing to challenge the constitutionality of 26 U.S.C. § 6428;

2.　　　Defendants' Motion for Summary Judgment as to Plaintiffs' standing is DENIED;

3.　　　Plaintiffs' Motion for Summary Judgment as to the constitutionality of 28 U.S.C. §
6428 (Count I of the Complaint) is DENIED;

4.　　　Defendants' Motion for Summary Judgment as to the constitutionality of 28 U.S.C.
§ 6428 (Count I of the Complaint) is GRANTED;

5.　　　Plaintiffs' Motion for Summary Judgment with respect to their claims for
declaratory relief and monetary damages (Counts II and III of the Complaint) is
DENIED;

6.      Defendants' Motion for Summary Judgment with respect to Plaintiffs' claims for

declaratory relief and monetary damages  (Counts II and III of the Complaint) is

GRANTED;

7.      Plaintiffs' request for fees, costs, and expenses, including attorneys' fees, pursuant

to 28 U.S.C. § 2412 is DENIED.

DATED: November 4, 2021                          _____/S/_____

Paul W. Grimm
United States District Judge