IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| R.V., a minor, by and through his mother and next friend, N.R., et al., | Civil Action No. 8:20-cv-1148-PWG |
| Plaintiffs, | |
| v. | |
| STEVEN T. MNUCHIN, et al., | |
| Defendants. | |

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and the Court's Order dated November 4, 2021 (Dkt. 84), judgment is hereby entered in favor of the United States and against plaintiffs. Each party shall bear their own costs, including attorneys' fees. The Clerk of the Court is directed to close this case.

Date: 3/22/2022

/S/
Paul W. Grimm
UNITED STATES DISTRICT JUDGE